IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROBERT D. SMITH, * | |
| Plaintiff * | |
| vs. * | CASE NO. 4:11-CV-149(CDL) |
| MICHAEL J. ASTRUE, Commissioner * of Social Security, | |
| * | |
| Defendant | |
| * | |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on November 20, 2012. Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Report and Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 2nd day of January, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE